UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/20

__USA__,
    Plaintiff(s),

v.

__Deshawn Smalls__
    Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 232 (VB)

16 CR 510-3

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

___ Status conference        ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference    ___ Bench trial

___ Settlement conference    ___ Suppression hearing

___ Oral argument            ___ Plea hearing

___ Bench ruling on motion   _✓_ Sentencing

on __12/2__, 20__20__, at __11:00 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from __10-16-20__

All requests for adjournments or extensions of time must be in writing and **filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __10-1-__, 20 __20__
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge